

FILED
CLERK, U.S. DISTRICT COURT

1/24/22

CENTRAL DISTRICT OF CALIFORNIA
BY: ____RO____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Case No.**  2:22-cv-00533-MCS-MARx


Nicole Denise Griggs , Plaintiff (s)

vs.

Santa Barbara County Sheriffs Department, Defendant (s).


## COMPLAINT

I,Nicole Denise Griggs plaintiff, in the above styled cause, sue defendant(s): Santa Barbara County Sheriffs Department.


This action is filed under: Section 242 of Title 18, 18 U.S. Code § 2261A Stalking, 42 U.S. Code § 12101 Harassing the Disabled, 8 U.S. Code § 1201 Kidnapping, 25 CFR § 11.401 Recklessly endangering another person, 25 C.F.R. § 11.404 False Imprisonment, Intentional Infliction of Emotional Distress.


Complaint #1/Incident #  SBSO-180023253


On February 25, 2018 I stopped at the Chevron gas station at 3595 Sagunto Street, Saint Ynez, California 93460 after driving approximately 2,800 miles across the country from Florida with a very brief stop in Nevada. That Chevron gas station was open when I arrived and stopped there. I intended to fill my gas tank, however, I was very tired after such a long drive and decided it best to rest briefly first as I had done so at many gas stations across the United States like many other citizens of this country do while traveling, including semi-truckers that I noticed on several later dates that line the sides of the highways at night in Santa Barbara County.

 A uniformed police officer knocked on my drivers window while I was resting my eyes, so I got out and asked if I was doing something wrong and explained that I am a landscape photographer and had just driven across the country from Florida. I would have guessed it evident that I am from Florida by the Florida license plate on my vehicle as well as the Florida driver's license I provided them. I explained that I had just driven nearly 3,000 miles and was tired, so thought it best to rest (which can be demonstrated through receipts).

The officer asked me why I didn't check into one of the nearby hotels (as though they were upset that I wasn't spending money in their town), so I told them that I was too tired to search for one since I didn't know the area well at the time and that I travel with cats that are often not accepted at hotels.

They asked me if I had been drinking and I told them no. Jeffery DeOrnellas from the Professional Standards Department in an informed recording tried to excuse Santa Barbara County Sheriffs deputies harassment of me because there is a bar that serves alcohol a few blocks from the Chevron as thought their law enforcement officers are under the impression that's they are allowed to harass people because of their own local issues.

The fact that I don't typically ever drink alcohol seems difficult for many police officers in California to comprehend since they must encounter many drunks and alcoholics with all the wineries in the area I realized since I was asked at least three times by different law enforcement officers at different times in Santa Barbara County if I had been drinking alcohol, twice by Santa Barbara County Sheriffs Department when they harassed me including this occasion as well as another when I was parked under a tree that provided shade just down the street from the entrance to Neverland Ranch aka Sycamore Ranch (Michael Jackson's previous estate) at 5225 Figueroa Mountain Road, Los Olivos, CA 93441.

However, on this date, February 25, 2018 the Santa Barbara County Sheriffs Department deputies threatened to arrest me for being tired and took me in on what they called a 5150 hold even though I told them I didn't want to leave my cats and my van. They threatened to arrest me for being tired and resting, which I later established with Jeffery DeOrnellas Professional Standards Department for Santa Barbara County Sheriff's Department, that being tired is not a crime, so the officers threatening me was harassment and a violation of my rights stated in Title 42 of the United States Code, Section 1983.

Rather than arrest me, they forced me to leave my van and my cats and kidnapped me. They assured me that my cats would be fine (one of those cats is now dead, so they were wrong). They dropped me off at Saint Ynez Cottage Hospital, 2050 Viborg Road, Solvang, CA 93463 where the Emergency Department doctor appeared confused about why I was there. I explained to the Emergency Department doctor that I was also confused why the Santa Barbara County Sheriffs deputies had brought me to the hospital for an evaluation. The hospital took my vitals and quickly discharged me from their care.


Complaint #2/ Incident Report # SBSO-180081515

On July 27, 2018 I was parked along side the road in the grass under the branches of a large tree for shade on Figueroa Mountain Road just down the street from the entrance to Michael Jackson's old estate, Neverland Ranch (currently renamed Sycamore Ranch). Santa Barbara County Sheriffs Department pulled up by me and informed me that the guard, Luis, at Neverland Ranch aka Sycamore Ranch called them and told them he thought I was drunk, providing the sheriffs department with a psychological evaluation of my behavior that he was not qualified to

give while using the police service of 911 to illegally to harass me since it is a federal crime to use 911 as a weapon as seen in the case against Patricia Ann Garcia who was sentenced to more than three years in federal prison.

Even though I wasn't driving, Santa Barbara County Sheriffs deputies still came over to me and harassed me for no reason other than being parked along side the road where I have seen many other vehicles park since it is close to Los Padres National Forrest. Obviously, Luis, the guard from Neverland Ranch aka Sycamore Ranch (Michael Jackson's previous estate) was hellbent on harassing me for no reason other than my presence on that road, which also helps establish a distinct pattern in the state of California and seems a lot like domestic terrorism from law enforcement since they are allowing their citizens to use them like a personal military force.

Complaint #3

2020

I was in the Albertsons's in Buelton, California at 222 E. Highway 246, Buelton, CA 93427 picking up lunch from the deli and had only been in the store for five to ten minutes when I walked back to my van in the plaza parking lot and found two Santa Barbara County Sheriffs deputies standing outside my vehicle. They asked me if that was my van and if those were my cats. Since it was cool outside I wondered why they were curious. I was live recording on Periscope, so I asked them, "Is there a law against traveling with animals in the state of California?" To which they replied that there was no law against traveling with animals. When they noticed the video stream on the cell phone in my hand, they decided to leave me alone. I was however curious why they were harassing me for no reason in the plaza parking lot in Buelton, CA.

Complaint #4

2020

I was parked in the Park Plaza Theaters parking lot, 515 McMurray Road, Buelton, CA 93427 using a percussion massager on an injury I had sustained while exercising in River View Park 151 Sycamore Drive, Buelton, California 93427 where I noticed other vehicles park overnight for guests that stay at the Marriott Hotel next door (555 McMurray Road Buelton, CA 93427) when a Santa Barbara Country Sheriffs deputy approached my vehicle window and told me that was private property. I asked him on live stream Periscope video recording, "Do you always harass homeless people?" To which he replied, "Yes." Which is against the law since it is not a crime to be homeless, however discriminating and harassing are crimes, especially for a law enforcement officer.

Complaint #5

In January 2021 I was parked on the curb of Commerce Drive in Buelton, California just down the street from the Humane Society (111 Commerce Drive, Buelton, CA 93427) when I noticed a Santa Barbara County Sheriff's deputy stalking me. I pulled off the side of the road and drove down Commerce Drive to the end where it circled and then I drove back up the street and was then pulled over by the deputy that was stalking me before I reached the end of Commerce Drive. He told me that he pulled me over because he didn't like the design of the tail lights on my 2002 Honda Odyssey. I told him that he should probably take that up with Honda rather than me since the tail lights are legal and factory produced (which will be demonstrated by pictures of my vehicle). I told him that my family is military and that I am a landscape photographer traveling with three cats at the time since one of those cats died February 4, 2021.

Complaint #6

2020
I was approached by another Santa Barbara County Sheriffs deputy while I was parked alongside the road next to Alberton's in Buelton, California during daylight hours just so he could find out what I was doing and what the note in my front windshield says. That note in my windshield said "In case of an Emergency please contact Commander Paul Joel Lee, U.S. Navy." I was parked where many other vehicles park and was doing nothing unlawful, yet another male law enforcement officer thought he was allowed to harass me by forcing his attention on me like a rapist while I was cleaning out my cats liter box that is sitting in the middle of my van. I nearly jumped out of my skin when I saw a male peering in my window like some creepy stalker and peeping tom. It seems way too odd that police feel it all right to harass and invade others space for no other reason than they carry a badge. The badge is supposed to make you better than the law breakers rather than the ones breaking the law. Law enforcement are public servants and supposed to set an example rather than using their badge to become to law breakers.

Complaint #7

I was parked in the parking lot of the park across the street from the entrance to Figueroa Mountain Road using a percussion massager on my injured arm when officers approached my vehicle while, so I recorded them on Periscope and asked them what they wanted. I told them I was injured and had a doctors appointment in the morning in Santa Barbara. (This one may have been CHP, however, the location was in Santa Barbara County and lends itself to a very distinct pattern).

Complaint #8

Incident #202011-1390 with Lompoc Police Department

I was in the Albertson's Plaza parking lot in Lompoc mid-November 2020 and unable to move since the starter on my van went out and needed to be replaced. It was the weekend and no repair shops were open, so I was stuck there with my vehicle and my cats when a Mexican male pulled up next to me and began harassing me and then called 911 and had Lompoc Police Department come harass me for no reason. Another instance of a male using 911 illegally to harass me. ( Lompoc is in Santa Barbara County so this incident lends itself to a very distinct pattern in Santa Barbara County).

This is complaint is coming to light now because I am finally feeling well enough from injuries suffered in California to begin proceedings. I feel a jury trial would be best since there are numerous incidents similar to this in several states, including Florida, Georgia California in several different counties and Nevada that are similar to this complaint and show a very district pattern of law enforcement violating civil rights and acting as domestic terrorist by the abuse of their power as is also shown in other media articles I have recently read, including FBI agents being charged with the solicitation of prostitution, the incident that killed George Floyd in Minn. as well as New jersey law enforcement officer that was driving after drinking alcohol that hit and killed a pedestrian that was a nurse and then took the body home with him rather than reporting the incident.

Due to the stalking, harassment, kidnapping and other violations of civil rights by Santa Barbara County Sheriffs Department my health deteriorated since my weight declined rapidly, which led to an internal rupture I am still recovering from. I was unable to even find the appropriate medical care in Santa Barbara County or the state of California and had to return to the state where I grew up to finally find a doctor to provide me with the proper medication more than a year after the injury on July 9, 2019. Due to the amount of expenses that were put on seeking medical treatment for the injury and because I was too sick, I was unable to seek dental treatment when numerous filings came out, so I have lost at least four more teeth, am still in considerable pain and have many dental treatments to go, including a periodontist and oral surgeon for implants. And worse than the excruciating pain and sickness I endured from the injury and lack of timely medical treatment, the situation also caused the premature death of one of my cats. I have lost more than two-years of images I could have taken for a book I was making and am still losing time to that now as I spend the time drafting numerous lawsuits, researching the law and reading the rules of court rather than taking pictures.

It is difficult putting a number on much of what I lost since my time, my cat and my teeth are irreplaceable. The stress and toll the injury took on my physical and mental health is difficult to repair. It is unlikely I will ever trust law enforcement again since I have found they regularly abuse the power they have been granted and has inspired me to also draft a letter to the Department of Justice to find what actions can and should be taken at this point to enlist more oversight on state law enforcement agencies since they regularly violated the constitution of this county and the civil rights of its citizens.

The Plaintiff requests the amount of One-hundred-million-dollars ($100,000,000) in restitution to remedy this complaint.

Dated: December 17, 2021.          Respectfully submitted,

                                   /s/ *Nicole Denise Griggs*

                                   Nicole Denise Griggs, In Pro Per

P.O. Box 89
 East Meadows, NY 11554
     407-279-2172


**Certificate of Service**

**I hereby certify** that a true and correct copy of the foregoing was served by [specify

method of service] on [date] on all counsel or parties of record on the Service List below.

*/s/ Nicole Denise Griggs*   Signature of Filer

**SERVICE LIST**

Santa Barbara County Sheriffs Department

4434 Calle Real

Santa Barbara, CA 93110

(805) 681-4100


County Counsel

105 E. Anapamu Street

Santa Barbara, CA 93101

(805) 568-2950